# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU,<br><br>        Petitioner,<br><br>      v.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | NO. CV 10-10053 JSL (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan. 25, 2011.

*[signature: Spencer Letts]*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE